**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LIONEL CHAN,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; DAVID T. WESLING, Field Office Director of Enforcement and Removal Operations, Boston Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, Acting U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Respondents. | Civil Action No. 1:26-cv-11726-RGS |

**RESPONDENTS' RESPONSE TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER OR PRELIMINARY INJUNCTION**

Respondents, by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, submit this response to Petitioner Lionel Chan's Motion for Temporary Restraining Order ("TRO") or Preliminary Injunction ("PI") at ECF No. 16. It is Respondents' understanding that today, May 5, 2026, this Court stayed this matter pending exhaustion of an appeal of the Immigration Judge's denial of bond to the Board of Immigration Appeals, and that no further response to the Motion for TRO/ PI is needed at this time. *See* ECF No. 21. Should this understanding of the Court's Order, at ECF No. 21, be incorrect, Respondents respectfully request the Court issue a further order instructing Respondents otherwise.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: May 5, 2026

*/s/ Erica McMahon*
ERICA MCMAHON
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271
Email: Erica.McMahon@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Erica McMahon, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 5, 2026

By: */s/ Erica McMahon*
ERICA MCMAHON
Special Assistant United States Attorney